1   Howard M. Ehrenberg
    333 South Hope St., 35th Floor
2   Los Angeles, CA 90071-1406
    Telephone: (213) 626-2311
3   Facsimile: (213) 629-4520

4   Chapter 7 Trustee for Jeffery Kent Spellerberg

FILED

OCT 2 5 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

8                    UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

11  In re:                              )
                                        )
12  SPELLERBERG, JEFFERY KENT           )   Case No. LA 05-48190 ER
                                        )
13                                      )   Chapter 7
                                        )
14                                      )   **TRUSTEE'S APPLICATION TO**
                                        )   **EMPLOY ACCOUNTANT;**
15                      Debtor(s).      )   **DECLARATION OF JOHN  J.**
                                        )   **MENCHACA**
16                                      )
                                        )   [Local Rule 2014-1 (2)(a)&(c)]
17                                      )
                                        )
18                                      )   DATE:   None Required
                                        )   TIME:   None Required
19                                      )   PLACE:  None Required
                                        )
20  _____)

21        TO   THE   HONORABLE   ERNEST   M.   ROBLES,   UNITED   STATES

22  BANKRUPTCY JUDGE, AND OTHER INTERESTED PARTIES:

23        Howard M. Ehrenberg (hereinafter "Applicant") applies to the above-captioned court for

24  an order authorizing the employment of MENCHACA & COMPANY LLP, Certified Public

25  Accountants & Business Consultants, to render accounting services to the bankruptcy estate of

26  Jeffery Kent Spellerberg, individual(s), effective October 19, 2006, and respectfully represents:

27  / / /

28  / / /

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

1.      Applicant, pursuant to 11 U.S.C. Section 701, is the duly appointed, qualified and acting Trustee in the above-captioned bankruptcy proceeding.

2.      In order to faithfully discharge his duties, the Applicant requires the assistance and expertise of an accountant capable of rendering accounting services to the estate.

3.      Notice of the Application to Employ Accountant was filed on October 23, 2006, and served on the creditors of the estate. A copy of the notice is attached hereto as Exhibit "A", and incorporated herein by this reference.

4.      Applicant has discussed with MENCHACA & COMPANY LLP, Certified Public Accountants and Business Consultants (hereinafter "Menchaca"), its availability to render accounting services to the estate, and its proposed employment by the Trustee. Menchaca has agreed to render services to the estate on the terms and conditions set forth in this application.

5.      Upon preliminary review Menchaca believes this engagement will entail providing accounting services to the estate, in particular to perform a tax and proceeds analysis, to prepare necessary federal and state tax returns, and providing other accounting services as may be required by the Trustee to the benefit of the estate.

6.      A schedule of Menchaca's hourly rates and resume is attached hereto as Exhibit "B" and incorporated herein by reference. Applicant is informed and believes that Menchaca's hourly rates are reasonable in light of current hourly rates charged by other accountants.

7.      The court has power to authorize employment of Menchaca pursuant to 11 U.S.C. section 327 (a); which states, in pertinent part:

> [T]he trustee, with the court's approval, may employ one or more . . . accountants . . . or other professional persons, that do not hold or represent interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying the trustee's duties under this title.

8.      Applicant has attempted to determine whether Menchaca has an interest adverse to that of the estate with regard to the matters upon which it is to engage. Attached hereto and made part hereof is the declaration of John J. Menchaca, which supports Applicant's conclusion that no such adverse interest exists and that Menchaca is a "disinterested person" as that term is

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

1  defined in the Bankruptcy Code.

2      9.      Menchaca does not have a pre-petition claim against the Debtor. Further, does not

3  have any connections with the Debtor, any insider information of the Debtor, or any related

4  entities of the Debtor or principals of the Debtor. Menchaca has not received a retainer from the

5  Debtor, the estate, a principal of the estate, or any third party.

6      WHEREFORE, Applicant respectfully requests that he be authorized to employ

7  MENCHACA & COMPANY LLP, Certified Public Accountants & Business Consultants as his

8  accountant to render services as described in the foregoing Application, effective as of October

9  19, 2006, with compensation to be paid as an administrative expense in such amounts as this

10  Court may hereinafter determine and allow.

11

12

13  DATED _Oct. 23, 2006_

                                     Howard M. Ehrenberg

14                                       Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

3

## DECLARATION OF JOHN J. MENCHACA

I, John J. Menchaca hereby declare:

1.      I am a Certified Public Accountant duly licensed under the laws of the State of California. I am experienced in rendering accounting services to bankruptcy trustees. I make this declaration of my own personal knowledge and I am competent to testify, and would so testify if called as witness, to all of the matters set forth herein.

2.      I have made diligent inquiry into this matter and after such inquiry I have determined that neither MENCHACA & COMPANY LLP, Certified Public Accountants & Business Consultants (hereinafter "Menchaca") nor any of its members or associates have any connection with the above-captioned Debtor, their creditors, or any other party-in-interest in this case or the Debtor's attorneys or accountants.

3.      Neither I, nor any employee of Menchaca has any interest adverse to the estate, the Trustee or the Debtor in any matter related to this case.

4.      I have also made inquiry and have determined that Menchaca, its associates and employees are considered "disinterested persons" as that term is contemplated under Section 101(14) and 327 (a) of the Bankruptcy Code, and accordingly is qualified to act in the capacity as Certified Public Accountants for the Trustee in this case.

5.      Menchaca has agreed to accept employment and will accept such compensation as is applied for and approved by the Bankruptcy Court after satisfying the requirements of Section 330(a) and/or 331 of the Bankruptcy Code and the provisions of Bankruptcy Rule 2002(a).

6.      Those professionals employed by Menchaca, who will handle this matter are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules and shall comply with them. This fee arrangement contemplates that the Court will approve all fees to the firm and will have the right to reduce or supplement based upon value to the estate, the risks undertaken and other factors.

7.      No professional at Menchaca has been employed or connected with any

1    other party-in-interest related to the within matter, except as set forth in this Application.

2            8.      No employee of Menchaca represents any interest adverse to that of the

3    Trustee or of the estate in matters on which it is to be retained, and its accountants are

4    "disinterested persons" as defined in Section 101(14) of the Bankruptcy Code.

5            9.      Menchaca does not have any written agreement concerning the terms of

6    employment and/or compensation between applicant and professional.

7            10.     The source of payment to Menchaca will come from the assets of the

8    estate.

9            11.     Menchaca has not received nor is it seeking a retainer of advance fee

10   payment in this case.  In addition, Menchaca has not received nor will receive any lien or other

11   interest in property of the Debtor or of a third party to secure payment of its professional's fees.

12           12.     Menchaca does not have any pre-petition claim against the estate.

13           13.     Menchaca does not have and has not had any connection with any insider

14   of the Debtor.

15           14.     Menchaca has not represented, is not representing nor does it intend to

16   represent any related debtor in a bankruptcy case in this court or any other court.

17           15.     The following is a complete description of all the Menchaca's connection

18   with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other parties in

19   interest, and their respective attorneys and accountants or any person employed in the office of

20   the United States Trustee. **None.**

21           16.     Menchaca is not a creditor, an equity security holder or an insider of the

22   Debtor.

23           17.     Menchaca is not and was not an investment broker for any outstanding

24   security of the Debtor.

25           18.     Menchaca has not been within three (3) years before the date of the filing

26   of the petition herein, an investment banker for a security of the Debtor, or a certified public

27   accountant for such an investment banker in connection with the offer, sale or insurance of any

28   security of the Debtor.

1          19.    Menchaca is not and was not, within two (2) years before the date of the

2    filing of the petition herein, a director, officer or employee of the Debtor or of any investment

3    banker for any security of the Debtor.

4          20.    Menchaca neither holds nor represents any interest materially adverse to

5    the interest of the estate or of any class of creditors or equity security holders, by reason of any

6    direct or indirect relationship to, connection with, or interest in, the Debtor or an investment

7    banker for any security of the Debtor, or for any other reason.

8          21.    Menchaca is not a relative or employee of the United States Trustee or a

9    Bankruptcy Judge.

10         22.    Menchaca represents Howard M. Ehrenberg, Trustee solely in his capacity

11   as a trustee in various other cases.  Howard M. Ehrenberg represents John J. Menchaca solely in

12   his capacity as Trustee in various cases.

13         I declare under penalty of perjury under the laws of the United States that the

14   foregoing is true and correct.  Executed this _____19th_____ day of October, 2006 at Los Angeles,

15   California.

16

17

18   John F. Menchaca

19   MENCHACA & COMPANY LLP
     Proposed Accountant for
     Howard M. Ehrenberg, Chapter 7 Trustee

20

21

22

23

24

25

26

27

28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

6

# EXHIBIT "A"

1  MENCHACA & COMPANY LLP
   835 Wilshire Boulevard, Suite 300
2  Los Angeles, California 90017
   Telephone: (213) 683-3317
3  Facsimile: (213) 683-1883

FILED

OCT 23 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

4  Proposed Accountant for the Bankruptcy Estate of Spellerberg, Jeffery Kent

5

6              UNITED STATES BANKRUPTCY COURT

7      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

8

9  In re:                              )
                                       )
10 SPELLERBERG, JEFFERY KENT           )    Case No. LA 05-48190 ER
                                       )
11                                     )    Chapter 7
                                       )
12                                     )    NOTICE OF TRUSTEE'S
                                       )    APPLICATION TO EMPLOY
13                                     )    ACCOUNTANT
                                       )
14                   Debtor(s).        )
                                       )
15                                     )    DATE:   None Required
                                       )    TIME:   None Required
16                                     )    PLACE:  None Required
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )

20     TO   THE   HONORABLE   ERNEST   M.   ROBLES,   UNITED   STATES

21 BANKRUPTCY JUDGE, AND OTHER INTERESTED PARTIES:

22     PLEASE TAKE NOTICE that Howard M. Ehrenberg the duly appointed Chapter 7

23 Trustee (the "Trustee" or "Applicant"), will file an application to employ accountants (the

24 "Application") with the United States Bankruptcy Court.

25     The applicant requests the employment of MENCHACA & COMPANY LLP, Certified

26 Public Accountants & Business Consultants (the "Company" or "MCO"), effective as of October

27 19, 2006 to render accounting services to the estate, to prepare necessary federal and state income

28 tax returns, to resolve tax issues that may arise, and to provide other accounting services as may

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

EXHIBIT A PAGE 7

1  be required by the Trustee for the benefit of the bankruptcy estate of Jeffery Kent Spellerberg

2  (hereinafter the "Debtor(s)").

3      MCO has not received a retainer nor will it receive a lien or interest in property of the

4  Debtor or third parties with respect to its representation.  Attached as Exhibit "1" is a copy of

5  MCO's personnel rates setting forth the hourly rate for each professional.  No compensation will

6  be paid by Trustee to MCO except upon application to and approval by the Bankruptcy Court

7  after notice and a hearing pursuant to §§330 and 331 of the Bankruptcy Code.  MCO will comply

8  with the "Guide to Applications for Professional Compensation," promulgated by the Office of

9  the United States Trustee in December 2002 and as may be  in the future, with regard to

10 compensation of professionals.

11     PLEASE TAKE FURTHER NOTICE that pursuant to Loc. Bankr. R. 2014-1(b)(2), any

12 response and request for hearing on the Application must be in the form required by Local

13 Bankruptcy Rule 9013-1(a)(7) and 9013-1(g), filed with the Clerk of the United States

14 Bankruptcy Court, located at 300 North Los Angeles, Street, Los Angeles, California 90012

15 ("Clerk's Office"), and served upon the Trustee's proposed accountant, whose address appears in

16 the upper left hand corner of the first page of this Notice, not later that fifteen (15) days from the

17 date of service of this Notice. The Trustee will set a hearing date and send out notice thereto if

18 any such response is timely received. No hearing will be held if no response and request for

19 hearing is received.

20     You may obtain a copy of the Trustee's Application by making a written request to his

21 proposed accountant whose address and telephone number appears in the upper left hand corner

22 of the first page of this Notice.  You may obtain copies of all pleadings on the Debtor's chapter 7

23 case from the Clerk's office.

24

25 Dated: October  19 , 2006        _____
                                        John J. Menchaca
26                                      MENCHACA & COMPANY LLP
                                        Proposed Accountant for Howard M. Ehrenberg
27                                      Chapter 7 Trustee
28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

2

EXHIBIT **1** PAGE **8**

# EXHIBIT "1"

EXHIBIT _A_ PAGE _9_

# MENCHACA & COMPANY LLP
### *Certified Public Accountants & Business Consultants*

## 2006 PERSONNEL RATES

| Staff | Billing Reference | Position | Hourly Rate |
|---|---|---|---|
| John J. Menchaca | JJM | Managing Partner | $380 |
| Stephen J. Baumgartner | SJB | Senior Manager | $340 |
| Toshihiro A. Okubo | TAO | Manager | $230 |
| Natalie F. Beltran | NFB | Senior | $200 |
| Imelda Gaeta | IG | Paraprofessional | $130 |
| Angie Garcia | AG | Paraprofessional | $120 |

1

## PROOF OF SERVICE

2

3  STATE OF CALIFORNIA            )
                                 )
4  COUNTY OF LOS ANGELES         ) S.S.

5

6       I am employed into the County of Los Angeles, State of California. I am over the age of

7  18 and not a party to the within action; my business address is 835 Wilshire Boulevard, Suite

8  300, Los Angeles, California 90017.

9       On October __23__, 2006, I served the foregoing document described as **NOTICE OF**

10  **TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT** on the interested parties in

11  this action by placing a true copy thereof enclosed is a sealed envelope addressed as follows:

12                    **(SEE ATTACHED SERVICE LIST)**

13       __X__    **BY MAIL:**    I am "readily familiar" with the firm's practice of collection

14  and processing correspondence for mailing.  Under that practice it would be deposited

15  with U.S. Postal Service on the same day this declaration was executed in the ordinary

16  course of business.  I know that the envelope was sealed and, with postage thereon fully

17  prepaid, placed for collection and mailing on this date, following ordinary business

18  practices, in the United States mail at Los Angeles, California.

19       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

20  October __23__, 2006, at Los Angeles, California.

21

22

23  Angie Garcia
    Type or Print Name                        Signature
24

25

26

27

28

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017



EXHIBIT _A_ PAGE _11_

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Jeffery Kent Spellerberg
11620 Wilshire Blvd Ste 400
Los Angeles, CA 90025

Howard M Ehrenberg
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

Wells Fargo Bank, N.A.
Wells Fargo Servicing Center
Personal Credit Mngt Payment Processing
POB 94423    MAC #Q2132-013
Albuquerque, NM 87199-9833

AFFINITY MEDICAL GROUP
PO BOX 1047
NEENAH WI  54957-1047

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CALIFORNIA  90096-0001

APEX FINANCIAL MANAGEMENT LLC
PO BOX 2189
NORTH BROOK, IL 60065-2189

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

CENTRAL FINANCIAL CONTROL
PO BOX 66040
ANAHEIM CA  92816-6040

CHAPTER 72
OCTOBER 2005D /
OMNIUM WORLDWIDE INC
7171 MERCY ROAD
OMAHA NE  68106

CITY OF SANTA MONICA EMS
PO BOX 295
TORRENCE, CA 90507

CMA BUSINESS CREDIT SERVICES
40 E V ERDUGO AVENUE
BURBANK CA  91502-1931

CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HIGHWAY 200
BREA CA  92821-6753

COLLECTION COMPANY OF AMERICA
PO BOX 556
NORWELL MA  02061-0556

CONTINUING EDUCATION OF THE BAR
300 FRANK H OGAWA PLAZA SUITE 410
OAKLAND CA  94612-2001

DANIEL FREEMAN MARINA HOSP.
4650 LINCOLN BLVD.
MARINA DEL REY, CA 90292

DENNIS ANGEL
1075 CENTRAL PARK AVE., STE 306
SCARSDALE, NEW YORK 10583

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

FREEMAN MARINA IMAGING
PO BOX 15448
IRVINE, CA 92623-5448

GELLER, RUDNICK, BUSH & BAUMGARTNER
8920 WILSHIRE BLVD., SUITE 635
BEVERLY HILLS, CA 90510-3487

GERBER AMBULANCE SERVICE
PQ BOX 3487
TORRENCE CA  90510-3487

WELLS FARGO CONSUMER CREDIT GROUP
COLLECTIONS SERVICING MAC  N8235-048
PO BOX 10438
DES MOINES IOWA  50306-0438

WELLS FARGO CARD SERVICES
PO BOX 10347
DES MOINES IOWA

WELLS FARGO CARD SERVICES
PO BOX 30086
LOS ANGELES CA  90030-0086

WELLS FARGO DIRECT
PO BOX 348750
SACRAMENTO, CA 95834

JJ&R EMERGENCY MEDICAL GROUP
PO BOX 8100
CORONA CA  92878-8100

LC SYSTEM INC
444 HIGHWAY 96 EAST PO BOX 64437
ST PAUL MN  55164-0437

LEXISNEXIS MARTINDALE HUBBLE
PO BOX 7247-0292
PHILADELPHIA, PA 19170-0292

LITIGATION ONE PUBLISHING
202 FASHION LANE SUITE 114
TUSTIN CA  92780

MARTINDALE-HUBBELL
121 CHANLON RD
NEW PROVIDENCE, NJ 07974



EXHIBIT **A** PAGE **12**

MBNA AMERICA
PO BOX 15137
WILMINGTON DE  19886-5137

MBNA AMREICA (DELANARE) NA
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN,  PA  19355-0701

MBNA America Bank, N.A.
Mailstop DE5-014-02-03
POB 15168
Wilmington, DE 19850


WELLS FARGO BUSINESSLINE
PAYMENT REMITTANCE CENTER
PO BOX 54349
LOS ANGELES CALIFORNIA  90054-0349

NCO FINANCIAL SYSTEMS INC.
PO BOX 99
PHILADELPHIA, PA 19101

NORDSTROM BANK
PO BOX 79137
PHEONIX AZ  85062-9137


NORDSTROM FSB
PO BOX 6566
ENGLEWOOD, CO 80155

NORDSTROM FSB COLORADO SVC CENTER
PO BOX 6587
ENGLEWOOD CO  80155-6587

OMNIUM WORLDWIDE, INC.
7171 MERCY ROAD
OMAHA, NE 68106


PACIFIC PATH MED GRP. INC.
1136 W. 6TH ST. 406
LOS ANGELES, CA 90017

PATHOLOGY ASSOCIATES OF SO. CA
PROVIDENCE HOLY CROSS
PO BOX 2311
CHATSWORTH, CA 91313-2311

PAULSON REPORTING AND LITIGATION SERVICES IN
ACCOUNTING DEPT
555 WEST BEECH STREET SUITE 111
SAN DIEGO CA  92101


PENTAGON FEDERAL CREDIT UNION
PO BOX 2365
SOUIX CITY, IA 5116

PLATINUM PLUS FOR BUSINESS
PO BOX 15469
WILMINGTON DE  19886-5469

SANTA MONICA UCLA MEDICAL CENTER
PATIENT BUSINESS SERVICES
10920 WILSHIRE BOULEVARD SUITE 1600
LOS ANGELES CA  90024-6502


UCLA DEPT OF MED PROF GRP
PO BOX 24DDS
WESTWOOD STATION
LOS ANGELES CA  90095

UCLA DEPT. OF MED PROF GRP
FILE 55737
LOS ANGELES, CA 90074-5737

UCSB, INC.
1440 N. HARBOR BLVD., #515
FULLERTON, CA  92838-0250


UNITED STATES TRUSTEE
725 SOUTH FIGUEROA STREET 26TH FLOOR
LOS ANGELES CA  90017

USCB INC
125 S VERMONT AVE
LOS ANGELES CA  90014-0929

VERIZON CALIFORNIA
PO BOX 30001
INGELWOOD, CA 90313-0001


VERIZON RECEIVABLES MANAGEMENT CALL CENTER
1135 E CHOCOLATE AVENUE
HERSHEY PA  17033

WELLS FARGO
PERSONAL LINES/LOAN COLLECTIONS
PO BOX 10438 - MAC  N8235-048
DES MOINES IOWA  50306-0438

WELLS FARGO BANK
C/O CUSTOMER MANAGEMENT
PO BOX 4233
PORTLAND OR  97208


WELLS FARGO BANK CARD SERVICES
PO BOX 522
DES MOINES, IOWA 50302-0522

WELLS FARGO BANK NA
PO BOX 173853
DENVER CO  80217-3853

WELLS FARGO BANK NA
PO BOX 5169
SIOUX FALLS SD  57117-5169


WELLS FARGO BANK NA
RECOVERY DEPARTMENT
PO BOX 9210
DES MOINES, IA 50306

WELLS FARGO BANK NA BUSINESS DIRECT
PO BOX 29746 MAC S4101-050
PHOENIX AZ  85038-9746

WELLS FARGO BUSINESS CARD
PO BOX 54349
LOS ANGELES CA  90054-0349


EXHIBIT A PAGE 13

**EXHIBIT "B"**

# MENCHACA & COMPANY LLP
# FIRM PROFILE

Menchaca & Company LLP is a firm of certified public accountants servicing clients throughout the Los Angeles metropolitan areas as well as other locations within California and the United States.  Commercial experience includes primarily mid-sized companies with sales volume in the $5 million to $100 million range as well as partnerships, joint ventures and other business oriented operations.   In addition to accounting and tax preparation services, the firm provides services in all areas of business and financial consulting and tax planning.

Menchaca & Company LLP has a large segment of its practice concentrated in specialized areas of receiverships, investigative accounting, bankruptcy and litigation support.  Menchaca & Company LLP has been appointed as professional accountants for Trustees and receivers and to assist in reorganizations, liquidations, tax research, planning, consultation and preparation, investigation accounting and other bankruptcy matters for numerous cases.  John J. Menchaca, Managing Partner of the firm, serves as a Panel Trustee on the Central District of California Interim Panel of U.S. Bankruptcy Trustees.

EXHIBIT *B* PAGE *14*

# MENCHACA & COMPANY LLP PERSONNEL

*JOHN J. MENCHACA-CPA, MS TAXATION, CIRA* (MANAGING PARTNER / CHAPTER 7 TRUSTEE) Mr. Menchaca has over 20 years of experience in public accounting.   He has significant tax consulting and tax compliance experience in corporate, partnership, Limited Liability Company, Limited Liability Partnership and individual taxation, at both the federal and state levels.   Mr. Menchaca's corporate tax experience includes closely held corporations, publicly traded multi-state corporate consolidations and S corporations.   His experience also includes tax structuring of complex business transactions, form of ownership determinations, corporate and partnership reorganizations and restructurings, dischargeability of taxes in bankruptcy and dealing with tax issues related to Chapter 7 and Chapter 11 bankruptcy filings. He has also been successfully involved with Internal Revenue and Franchise Tax Board protest and audit defense. Mr. Menchaca is also a Chapter 7 Panel Trustee for the Central District of California.

Prior to forming his own firm, Mr. Menchaca was a Principal with Vasquez & Company LLP for six years.  Mr. Menchaca was also with the international accounting firm of Ernst & Young LLP for 14 years.   While with Ernst & Young LLP, Mr. Menchaca provided financial, accounting and tax services to middle market privately held and publicly traded companies with revenues of up to $250 million.

Mr. Menchaca serves on the USC / Kenneth Leventhal School of Accounting Board of Advisors. He is a member of the National Association of Bankruptcy Trustees, American Bankruptcy Institute, Los Angeles Bankruptcy Forum, Association of Insolvency and Restructuring Advisors, American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.



EXHIBIT *B* PAGE *15*

Mr. Menchaca graduated with a Bachelors of Science in Business Administration with an emphasis in Accounting from the University of Southern California and received a Masters of Science in Taxation from Golden Gate University.

*STEPHEN J. BAUMGARTNER* – (SENIOR MANAGER)  Mr. Baumgartner is a specialist in financial matters  and quantitative analysis, with extensive experience in feasibility analysis, debt restructuring, cash flow planning, strategic planning and analysis, work-out plans, strategic business plans, financial modeling, project management, forensic accounting, preference analysis, and reorganization plan preparation.  He has more than twenty years of business experience in areas of finance, accounting, information systems, manufacturing, real estate, and management at firms including Xerox and Rand.

He is a member of the full-time faculty at Pepperdine University, where he teaches Strategic Management in the George L. Graziadio School of Business and Management, he is licensed as a California Real Estate Broker (since 1976), he is an Appraisal Institute MAI Candidate, he is a member of the Los Angeles Bankruptcy Forum, and he has more than thirty practitioner and academic publications in the areas of strategic management, investments, finance, information technology, real estate, and bankruptcy.

His education includes a Ph.D program (all but dissertation completed) in Executive Management at the Claremont Graduate University, a M.Sc. (Economics) in Operations Research from the London School of Economics, an MBA in Management Science from the State University of New York at Buffalo, and a BS in Mathematics and Physics from St. Lawrence University.

A recent bankruptcy publication of his is: Stephen J. Baumgartner & Dennis M. Murphy, "Using a Web Site to Administer a Chapter 7 Case", Journal of the National Association of Bankruptcy Trustees, Vol. 15, No. 4, January 2000.



EXHIBIT B PAGE 14

*TOSHIHIRO A. OKUBO – CPA* – (MANAGER) Mr. Okubo graduated from California State University, Los Angeles with a Bachelor of Science in Business Administration in September, 1992 and graduated from University of Southern California with a Master of Business Taxation in May, 1998. Mr. Okubo has financial and tax consulting experience with both local and big five accounting firms.

*NATALIE F. BELTRAN* – (SENIOR ACCOUNTANT) Ms. Beltran holds a Bachelor of Science Degree in Accounting from University of Santo Thomas in the Philippines. Ms. Beltran has over 13 years of experience in accounting and is a Philippine Certified Public Accountant. Ms. Beltran has experience in providing a full range of accounting services, including all aspects of Taxation.

*IMELDA GAETA* - (PARAPROFESSIONAL) Ms. Gaeta has worked as a Bankruptcy Trustee Administrator since 1997. Ms Gaeta has completed course work at Pasadena Community College and is a member of the Trustee Administrators' Group (TAG).

*ANGIE GARCIA* - (PARAPROFESSIONAL) Ms. Garcia has been a Bankruptcy Administrator's Assistant and Tax and Accounting Paraprofessional since 2001. She is currently pursuing course work at Cerritos College.

# SUMMARY OF STAFF AND BILLING RATES

## FROM JANUARY 1, 2006 THROUGH CURRENT

TYPICAL ITEMS OF EXPENSE

Travel costs, including local parking and mileage – as incurred

Copy costs - .20 cents each – as incurred

Extraordinary mailing costs (over $1.00 per item) – as incurred

Overnight courier service fees – as incurred

Direct telephone charges – as incurred

Direct telex, telefax and similar charges, .10 cents a page plus telephone charges – as incurred

Printing – as incurred

Filing fees – as incurred

PERSONNEL RATES

| Staff | Reference | Position | Rate |
|-------|-----------|----------|------|
| John J. Menchaca | JJM | Managing Partner | 380 |
| Stephen J. Baumgartner | SJB | Senior Manager | 340 |
| Toshihiro A. Okubo | TAO | Manager | 230 |
| Natalie F. Beltran | NFB | Senior | 200 |
| Imelda Gaeta | IG | Paraprofessional | 130 |
| Angie Garcia | AG | Paraprofessional | 120 |

Note:  Staff time may be billed at less than standard rates depending upon the nature of the work being performed.

EXHIBIT B PAGE 18

## PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) S.S.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 835 Wilshire Boulevard, Suite 300, Los Angeles, California 90017.

      On October 25 , 2006, I served the foregoing document described as **TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT; DECLARATION OF JOHN J. MENCHACA** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### (SEE ATTACHED MAILING LIST)

    **X**    **BY MAIL**

          _____ I deposited such envelope in the mail at the Los Angeles, California, the envelope was mailed with posted thereon fully prepaid.

          **X**    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with first class postage fully prepaid at Los Angeles, California in the ordinary course of business.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25 , 2006, at Los Angeles, California.

Natalie F. Beltran
Type or Print Name

Signature

MENCHACA & COMPANY LLP
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

1

## **MAILING LIST**

2

3    OFFICE OF THE UNITED STATES TRUSTEE
     725 S. Figueroa Street, 26th Floor
4    Los Angeles, California 90017

5

6    **Debtor(s)**
     **Jeffery Kent Spellerberg**
7    11620 Wilshire Blvd Ste 400
     Los Angeles, CA 90025
8

9    **Chapter 7 Trustee**
     **Howard M Ehrenberg**
10   SulmeyerKupetz
     333 South Hope Street, 35th Floor
11   Los Angeles, CA 90071

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28