HOWARD M. EHRENBERG
333 SOUTH HOPE STREET, #3500
LOS ANGELES, CA 90071
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

CHAPTER 7 TRUSTEE

FILED

JUN 2 5 2007

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA/LOS ANGELES DIVISION

In re:

SPELLERBERG, JEFFERY KENT

                    Debtor(s).

Case No.: LA 05-48190 ER
Chapter 7

**TRUSTEE'S FINAL REPORT; APPLICATION FOR TRUSTEE FEES AND EXPENSES; REPORT OF PROPOSED DISTRIBUTION** – See Attached Declaration

Date: HEARING REQUESTED
Time: 9-6-07
Ctrm: 10:00 a.m.

TO THE HONORABLE ERNEST ROBLES, UNITED STATES

BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND OTHER PARTIES IN

INTEREST:

HOWARD M. EHRENBERG, was appointed trustee in this case on or

about October 14, 2005 and certifies to the Court and the United States Trustee that

this estate has been fully administered in accordance with the provisions of 11 U.S.C.

704; the trustee's fees and expenses are reasonable and necessary as specified in 11

U.S.C. 326; and the proposed distribution is consistent with 11 U.S.C. 726 and

applicable rules of the Court.

/ / /

/ / /

/ / /

/ / /

-1-

The trustee also respectfully represents that:

1.    The time for filing claims in this case expired on July 6, 2006.  The trustee has examined all claims, and objections have been determined by the Court as required.  The allowed claims for which the trustee expects to pay a dividend are reflected below.

|   |   |   |
|---|---|---|
| Administrative Claims | $ 0.00 | |
| Priority Claims: | $ 108.23 | |
| Secured Claims: | $ 0.00 | |
| Unsecured Claims: | $ 38,999.47 | |
| **TOTAL** | $ 39,107.70 | |
| Miscellaneous Court Costs: | | $ 0.00 |
| U.S. Trustee Fees: | | $ 0.00 |

2.    To the best of the trustee's knowledge, all professionals employed by the estate have been notified to file applications for compensation.  The bar date for filing application for compensation was March 30, 2007.

3.    The following narrative statement describing the case includes a summary of the major actions taken by the trustee and the relevant justifications of these actions.

**SEE ATTACHED NARRATIVE**

4.    During the course of administering the estate, the trustee had the following monetary activity:

|   |   |
|---|---|
| Receipts | $ 28,608.35 |
| Disbursements | $ 833.06 |
| Balance on Hand | $ 27,775.29[1] |

---

[1] Balance on hand as of April 23, 2007.  Funds remain in an interest bearing account and any additional interest earned will be distributed accordingly.  The Trustee will not seek statutory fee on interest earned after submission of final report.

5. The trustee respectfully requests the statutory fee allowed in this case in the sum of $3,610.84, based upon the total disbursements of $28,608.35, plus unpaid costs of $33.60 consisting of unpaid miscellaneous trustee expenses (see Exhibit "H"), for a total request of $3,644.44.

6. The trustee has no agreement with any other person other than his law firm for sharing compensation for services in connection with this case.

7. All property of the estate, except that claimed exempt by the debtor(s) without objection, or determined exempt by the Court, has been inventoried, collected and liquidated, abandoned or returned to the debtor(s), pursuant to court order, except the following asset(s) which the trustee requests be abandoned:

CASH ON HAND    CHECKING ACCOUNTS    CLIENT TRUST FUND

HOUSEHOLD GOODS      BOOKS, COMPACT, DISCS, RECORDS

WEARING APPAREL      JEWELRY    FIREARMS, HOBBY EQUIPMENT

TERM LIFE INSURANCE        IRAS   MOTORCYCLE ACCIDENT CLAIM

OFFICE EQUIPMENT AND LEGAL BOOKS    MISC PERSONAL PROPERTY

8. Attached are:

EXHIBIT A - Form 1 - Individual Estate Property Record and Report;

EXHIBIT B - Form 2 - Cash Receipts and Disbursements Record with Bank
                Reconciliation Form and current bank statement;

EXHIBIT C - Summary of Receipts and Disbursements;

EXHIBIT D - Trustee's Statement of Activities;

EXHIBIT E - Annotated copy of the creditors register;

EXHIBIT F - Trustee's Report of Proposed Distributions;

EXHIBIT G - Trustee's time report;

EXHIBIT H - Trustee's expenses;

EXHIBIT I – Tax clearance letter.

THEREFORE, the trustee prays that after distributions have been made to creditors, the trustee be discharged from this case and that the trustee's bond be exonerated.

DATED: 4/25/07

HOWARD M. EHRENBERG

## NARRATIVE

In this case, the Debtor is an attorney.  The primary asset of the estate was an
account receivable.  I contacted the account Debtor and requested that payments be
made directly to me.  An agreement was reached and payments commenced.  I
analyzed two very small receivables and determined that there were uneconomic to
attempt collection.  Upon receipt of the final payment, I filed tax return and upon tax
clearance, prepared and filed this final report.  As a result, general unsecured creditors
will receive in excess of 50% on their claims.

EXHIBIT "A"

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** LA05-48190 ER
**Case Name:** SPELLERBERG, JEFFERY KENT

**Period Ending:** 04/23/07

**Trustee:** (003850)    HOWARD M. EHRENBERG
**Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:** 01/25/06
**Claims Bar Date:** 07/06/06

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA/) Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND EXEMPT | 25.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT EXEMPT | 5,537.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT EXEMPT | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | CLIENT TRUST FUND EXEMPT | 71.75 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS EXEMPT | 2,432.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS, COMPACT, DISCS, RECORDS EXEMPT | 260.00 | 0.00 | DA | 0.00 | F |
| 7 | WEARING APPAREL EXEMPT | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8 | JEWELRY EXEMPT | 825.00 | 0.00 | DA | 0.00 | FA |
| 9 | FIREARMS, HOBBY EQUIPMENT EXEMPT | 950.00 | 0.00 | DA | 0.00 | FA |
| 10 | TERM LIFE INSURANCE EXEMPT | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA | 2,452.30 | 0.00 | DA | 0.00 | FA |

Printed: 04/23/2007 05:39 PM    V.9.02

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** LA05-48190 ER
**Case Name:** SPELLERBERG, JEFFERY KENT

**Period Ending:** 04/23/07

**Trustee:** (003850)    HOWARD M. EHRENBERG
**Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:** 01/25/06
**Claims Bar Date:** 07/06/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | EXEMPT | | | | | FA |
| | IRA<br>EXEMPT | 952.49 | 0.00 | DA | 0.00 | FA |
| 13 | ACCOUNTS RECEIVABLE<br>RICHARD BORYS | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 14 | ACCOUNTS RECEIVABLE<br>KLINKENBERG V BORTZ | 12,000.00 | 1,287.00 | | 27,239.55 | FA |
| 15 | ACCOUNTS RECEIVABLE<br>NIALL HEARD | 1,500.00 | 500.00 | DA | 0.00 | FA |
| 16 | MOTORCYCLE ACCIDENT CLAIM<br>NO VALUE TO THE ESTATE | 310.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2001 BMW 325ci<br>EXEMPT; ABANONDED | 15,225.00 | 0.00 | OA | 0.00 | FA |
| 18 | 2003 DUCATI 1000DS<br>EXEMPT; ABANDONED | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 19 | 1981 HONDA CB750K<br>ABANDONED | 75.00 | 0.00 | OA | 0.00 | FA |
| 20 | OFFICE EQUIPMENT AND LEGAL BOOKS<br>EXEMPT | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 21 | MISC PERSONAL PROPERTY<br>EXEMPT | 975.00 | 0.00 | DA | 0.00 | FA |

Page: 3

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** LA05-48190 ER
**Case Name:** SPELLERBERG, JEFFERY KENT

**Period Ending:** 04/23/07

**Trustee:** (003850)   HOWARD M. EHRENBERG
**Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:** 01/25/06
**Claims Bar Date:** 07/06/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 2006 FTB REFUND (u) | 0.00 | 9.00 | | 9.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 359.80 | Unknown |
| 23 | **Assets   Totals** (Excluding unknown values) | **$49,890.54** | **$2,996.00** | | **$27,608.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

C5074568

IN THIS CASE, THE DEBTOR IS AN ATTORNEY. THE ONLY APPARENT COLLECTIBLE ASSET IS AN ACCOUNT RECEIVABLE OF APPROXIMATELY $27,000. I CONTINUE TO RECEIVE PAYMENTS ON THIS NOTE. THERE ARE TWO OTHER SMALL RECEIVABLES, WHICH I WILL MAKE A FINAL ASSESSMENT REGARDING THE COLLECTIBILITY. I WILL EMPLOY AN ACCOUNTANT TO FILE THE TAX RETURN SHORLTY. THE BAR DATE WILL EXPIRE IN JULY. MY FINAL REPORT WILL BE FILED BY NOVEMBER 30, 2006.

**Initial Projected Date Of Final Report (TFR):** November 30, 2006   **Current Projected Date Of Final Report (TFR):** November 30, 2006

EXHIBIT "B"

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | LA05-48190 ER | | Trustee: | HOWARD M. EHRENBERG (003850) |
|---|---|---|---|---|
| Case Name: | SPELLERBERG, JEFFERY KENT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****42-65 - Money Market Account |
| Taxpayer ID #: | 13-7506394 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/23/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balanc |
|---|---|---|---|---|---|---|---|
| 03/22/06 | | From Account #*******4266 | TRANSFER FUNDS | 9999-000 | 7,238.55 | | 7,238.55 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 2.88 | | 7,241.43 |
| 04/10/06 | | From Account #*******4266 | TRANSFER FUNDS | 9999-000 | 5,000.00 | | 12,241.43 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 12.81 | | 12,254.24 |
| 05/05/06 | | From Account #*******4266 | TRANSFER FUNDS | 9999-000 | 5,000.00 | | 17,254.24 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 19.87 | | 17,274.11 |
| 05/31/06 | | CHASE | FEDERAL WITHHOLDING DEBIT | 2990-000 | | 5.56 | 17,268.55 |
| 06/13/06 | | From Account #*******4266 | TRANSFER FUNDS | 9999-000 | 5,000.00 | | 22,268.55 |
| 06/23/06 | | From Account #*******4266 | TRANSFER FUNDS | 9999-000 | 1,000.00 | | 23,268.55 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 24.49 | | 23,293.04 |
| 07/03/06 | | CHASE | FEDERAL WITHHOLDING ADJUSTMENT-CREDIT | 2990-000 | | -5.56 | 23,298.60 |
| 07/06/06 | | To Account #*******4266 | TRANSFER FUNDS | 9999-000 | | 8.99 | 23,289.61 |
| 07/13/06 | | From Account #*******4266 | TRANSFER FUNDS | 9999-000 | 5,000.00 | | 28,289.6 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 32.48 | | 28,322. |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 34.90 | | 28,356.99 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 32.67 | | 28,389.66 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 36.08 | | 28,425.74 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 33.87 | | 28,459.61 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 32.78 | | 28,492.39 |
| 01/25/07 | | To Account #*******4266 | TRANSFER FUNDS | 9999-000 | | 54.35 | 28,438.04 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 36.35 | | 28,474.39 |
| 02/23/07 | | To Account #*******4266 | TRANSFER FUNDS | 9999-000 | | 769.00 | 27,705.39 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 29.62 | | 27,735.01 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 31.00 | | 27,766.01 |
| | | | Subtotals : | | $28,598.35 | $832.34 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | LA05-48190 ER |
|---|---|
| Case Name: | SPELLERBERG, JEFFERY KENT |
| Taxpayer ID #: | 13-7506394 |
| Period Ending: | 04/23/07 |

| Trustee: | HOWARD M. EHRENBERG (003850) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****42-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balanc |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 28,598.35 | 832.34 | $27,766.01 |
| | | | Less: Bank Transfers | | 28,238.55 | 832.34 | |
| | | | **Subtotal** | | 359.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$359.80** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | LA05-48190 ER | | Trustee: | HOWARD M. EHRENBERG (003850) |
| Case Name: | SPELLERBERG, JEFFERY KENT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-****42-66 - Checking Account |
| Taxpayer ID #: | 13-7506394 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/23/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balanc |
| 03/16/06 | {14} | FRANS KLINKENBERG | Acct #KLINKENBERG; Payment #1 | 1121-000 | 7,239.55 | | 7,239.55 |
| 03/22/06 | | To Account #*******4265 | TRANSFER FUNDS | 9999-000 | | 7,238.55 | 1.00 |
| 04/06/06 | {14} | FRANZ KLINKENBERG | Acct #KLINKENBERG; Payment #2 | 1121-000 | 5,000.00 | | 5,001.00 |
| 04/10/06 | | To Account #*******4265 | TRANSFER FUNDS | 9999-000 | | 5,000.00 | 1.00 |
| 05/03/06 | {14} | FRANZ KLINKENBERG | Acct #KLINKENBERG; Payment #3 | 1121-000 | 5,000.00 | | 5,001.00 |
| 05/05/06 | | To Account #*******4265 | TRANSFER FUNDS | 9999-000 | | 5,000.00 | 1.00 |
| 06/09/06 | {14} | FRANZ KLINKENBERG | Acct #KLINKENBERG; Payment #4 | 1121-000 | 5,000.00 | | 5,001.00 |
| 06/13/06 | | To Account #*******4265 | TRANSFER FUNDS | 9999-000 | | 5,000.00 | 1.00 |
| 06/21/06 | | FRANZ KLINKENBERG | PREVIOUSLY ISSUED FUNDS TO DEBTOR BUT REMAINED UNCASHED; THIS IS A REPLACEMENT | 1121-000 | 1,000.00 | | 1,001.00 |
| 06/23/06 | | To Account #*******4265 | TRANSFER FUNDS | 9999-000 | | 1,000.00 | 1.00 |
| 07/06/06 | | From Account #*******4265 | TRANSFER FUNDS | 9999-000 | 8.99 | | 9.99 |
| 07/06/06 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/06/2006 FOR CASE #LA05-48190 | 2300-000 | | 8.99 | 1.0 |
| 07/11/06 | {14} | FRANZ KLINKENBERG | Acct #KLINKENBERG; Payment #5 | 1121-000 | 5,000.00 | | 5,001.00 |
| 07/13/06 | | To Account #*******4265 | TRANSFER FUNDS | 9999-000 | | 5,000.00 | 1.00 |
| 08/15/06 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 07/11/2006 FOR CASE #LA05-48190, B#016030866 | 2300-000 | | 0.72 | 0.28 |
| 01/25/07 | | From Account #*******4265 | TRANSFER FUNDS | 9999-000 | 54.35 | | 54.63 |
| 01/25/07 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/25/2007 FOR CASE #LA05-48190, Bond #016030866 | 2300-000 | | 54.35 | 0.28 |

| | | Subtotals : | | | $28,302.89 | $28,302.61 | |

Printed: 04/23/2007 05:39 PM    V.9.02

{} Asset reference(s)

Page: 4

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** LA05-48190 ER
**Case Name:** SPELLERBERG, JEFFERY KENT

**Taxpayer ID #:** 13-7506394
**Period Ending:** 04/23/07

**Trustee:** HOWARD M. EHRENBERG (003850)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*42-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/07 | | From Account #\*\*\*\*\*\*\*4265 | TRANSFER FUNDS | 9999-000 | 769.00 | | 769.28 |
| 02/23/07 | 104 | INTERNAL REVENUE SERVICE | FEIN: 13-7506394 FORM 1041 2006-GO 00-01 | 2810-000 | | 548.00 | 221.28 |
| 02/23/07 | 105 | FRANCHISE TAX BOARD | FEIN: 13-7506394 FORM 541 2006-GO-00-01 | 2820-000 | | 221.00 | 0.28 |
| 03/26/07 | (22) | The Treasurer of the State of California | 2006 STATE INCOME TAX REFUND | 1224-000 | 9.00 | | 9.28 |
| | | | **ACCOUNT TOTALS** | | 29,080.89 | 29,071.61 | **$9.28** |
| | | | Less: Bank Transfers | | 832.34 | 28,238.55 | |
| | | | **Subtotal** | | 28,248.55 | 833.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,248.55** | **$833.06** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balance |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*42-65 | 359.80 | 0.00 | 27,766.01 |
| Checking # \*\*\*-\*\*\*\*\*42-66 | 28,248.55 | 833.06 | 9.28 |
| | **$28,608.35** | **$833.06** | **$27,775.29** |

{} Asset reference(s)

CASH RECEIPTS AND DISBURSEMENTS RECORD
(FORM 2) BANK RECONCILIATION FORM

SPELLERBERG, JEFFERY KENT                          LA05-48190 ER

_____

(A)    **ENTER**
       The BALANCE shown on the Bank Statement
       submitted for the period ending March 31, 2007          $  27,775.29

(B)    **ADD**
       Any deposits or **transfers** listed in the
       Cash Receipts and Disbursements Record
       (Form 2) which are not shown on the
       Bank Statement.

       Date Deposited      Amount

              **TOTAL** OF (B)                                  $        0.00

(C)    **CALCULATE THE SUBTOTAL** (A + B)                       $  27,775.29

(D)    **SUBTRACT**
       Any outstanding checks and withdrawals
       which are not shown on the Bank Statement.

       Check Dated  Check No.    Amount

              **TOTAL** OF (D)                                  $        0.00

(E)    CALCULATE THE ENDING BALANCE (C-D)
       This amount should be the same as the
       current balance shown in the Cash Receipts
       And Disbursements Record (Form 2)                        $  27,775.29

EXHIBIT B

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 01, 2007 through March 30, 2007

Primary Account: **000312026714266**



**CUSTOMER SERVICE INFORMATION**

Service Center:                1-800-634-5273

00000052 DBI 802 24 09207 - NNN  1 000000000 62 0000
LA05-48190 SPELLERBERG JEFFERY KENT
DEBTOR
003850 HOWARD EHRENBERG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** |  |  |
| Bankruptcy Business Checking 000312026714266 | $769.28 | $9.28 |
| **Total** | **$769.28** | **$9.28** |
| **Savings** |  |  |
| Bankruptcy Business Money Market 000312026714265 | 27,735.01 | 27,766.01 |
| **Total** | **$27,735.01** | **$27,766.01** |
| **TOTAL ASSETS** | **$28,504.29** | **$27,775.29** |

**All Summary Balances** shown are as of March 30, 2007 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**JPMorganChase** ⬡

March 01, 2007 through March 30, 2007
Primary Account: **000312026714266**



# BANKRUPTCY BUSINESS CHECKING

LA05-48190 SPELLERBERG JEFFERY KENT

Account Number: 000312026714266

DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$769.28** |
| Deposits and Additions | 1 | 9.00 |
| Checks Paid | 2 | - 769.00 |
| **Ending Balance** | **3** | **$9.28** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/27 | Deposit        100007 | $9.00 |
| **Total Deposits and Additions** |  | **$9.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 03/08 | $548.00 |
| 105 | 03/08 | 221.00 |
| **Total Checks Paid** |  | **$769.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/08 | $0.28 |
| 03/27 | 9.28 |

**JPMorganChase** ◐

March 01, 2007 through March 30, 2007

Primary Account: **000312026714266**

---

| **IMAGES** | ACCOUNT # 000312026714266 |




008970812203 MAR 08 #0000000104 $548.00



008970812203 MAR 08 #0000000104 $548.00



008970751520 MAR 08 #0000000105 $221.00



008970751520 MAR 08 #0000000105 $221.00

**JPMorganChase** ⬡



## BANKRUPTCY BUSINESS MONEY MARKET

LA05-48190 SPELLERBERG JEFFERY KENT                Account Number: 000312026714265
DEBTOR



## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$27,735.01** |
| Deposits and Additions | 1 | 31.00 |
| **Ending Balance** | 1 | **$27,766.01** |
| Interest Paid This Period |  | $31.00 |
| Interest Paid Year-to-Date |  | $96.97 |

This account earns interest daily and the current interest rate is 1.36%.

Interest paid in 2006 for account 000312026714265 is $262.83.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | Interest Payment | $31.00 |
| **Total Deposits and Additions** |  | **$31.00** |

EXHIBIT "C"

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

1.    RECEIPTS:

| | | |
|---|---|---|
| Accounts Receivable | | $   28,239.55 |
| Tax Refund | | $        9.00 |
| Interest | | $      359.80 |
| **TOTAL RECEIPTS** | **A.** | **$   28,608.35** |

2.    DISBURSEMENTS:

| | | |
|---|---|---|
| Bond premium | | $       64.06 |
| Federal Taxes - IRS | | $      548.00 |
| State Taxes – FTB | | $      221.00 |
| **TOTAL DISBURSEMENTS** | **B.** | **$      833.06** |
| **ESTATE FUND BALANCE** | **C.** | **$   27,775.29** |

3.    PROJECTED DISBURSEMENTS:

| | | |
|---|---|---|
| Trustee | Fee | $    3,610.84 |
| **Howard M. Ehrenberg** | Expenses | $       33.60 |
| Accountant for Trustee | Fee | $    2,535.00 |
| **Menchaca & Company LLP** | Expenses | $      299.00 |
| Miscellaneous Court Costs | | $        0.00 |
| U.S. Trustee Fee | | $        0.00 |
| **Funds Available for Creditors** | | $   21,296.85 |
| Payment to Debtor (Surplus) | | $        0.00 |

| | | |
|---|---|---|
| **TOTAL PROJECTED DISBURSEMENTS:**<br>(D must equal amount of C) | **D.** | **$   27,775.29** |
| **TOTAL OF ALL DISBURSEMENTS:**<br>(B plus D must equal A) | **E.** | **$   28,608.35** |

# RECEIPTS AND DISBURSEMENTS
## By Ledger Category

**Case:**      **SPELLERBERG, JEFFERY KENT (LA05-48190)**

**Trustee:**    **HOWARD M. EHRENBERG  (003850)**

**Submitted: 04/23/07**

**Period:**     **Through 04/23/07**

# Receipts

## 1000 RECEIPTS

**1121-000  Notes and Accounts Receivable (originally scheduled)**

| Date | | | | Amount |
|---|---|---|---|---|
| 03/16/06 | Deposit: 100001-1 | 312026714266 | FRANS KLINKENBERG | 7,239.55 |
| | | | Acct #KLINKENBERG; Payment #1 | |
| 04/06/06 | Deposit: 100002-1 | 312026714266 | FRANZ KLINKENBERG | 5,000.00 |
| | | | Acct #KLINKENBERG; Payment #2 | |
| 05/03/06 | Deposit: 100003-1 | 312026714266 | FRANZ KLINKENBERG | 5,000.00 |
| | | | Acct #KLINKENBERG; Payment #3 | |
| 06/09/06 | Deposit: 100004-1 | 312026714266 | FRANZ KLINKENBERG | 5,000.00 |
| | | | Acct #KLINKENBERG; Payment #4 | |
| 06/21/06 | Deposit: 100005-1 | 312026714266 | FRANZ KLINKENBERG | 1,000.00 |
| | | | PREVIOUSLY ISSUED FUNDS TO DEBTOR BUT REMAINED UNCASHED; THIS IS A REPLACEMENT | |
| 07/11/06 | Deposit: 100006-1 | 312026714266 | FRANZ KLINKENBERG | 5,000.00 |
| | | | Acct #KLINKENBERG; Payment #5 | |
| | | | | 28,239.55 |

**1224-000  Tax Refunds (not originally scheduled)**

| Date | | | | Amount |
|---|---|---|---|---|
| 03/26/07 | Deposit: 100007-1 | 312026714266 | The Treasurer of the State of California | 9.00 |
| | | | 2006 STATE INCOME TAX REFUND | |

**1270-000  Interest Income (from estate bank accounts/investments - only)**

| Date | | | | Amount |
|---|---|---|---|---|
| 03/31/06 | Interest: 1 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 2.88 |
| | | | Interest posting at 1.4500% | |
| 04/28/06 | Interest: 2 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 12.81 |
| | | | Interest posting at 1.4500% | |
| 05/31/06 | Interest: 3 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 19.87 |
| | | | Interest posting at 1.4500% | |
| 06/30/06 | Interest: 4 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 24.49 |
| | | | Interest posting at 1.4500% | |
| 07/31/06 | Interest: 5 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 32.48 |
| | | | Interest posting at 1.4500% | |
| 08/31/06 | Interest: 6 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 34.90 |
| | | | Interest posting at 1.4500% | |
| 09/29/06 | Interest: 7 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 32.67 |
| | | | Interest posting at 1.4500% | |
| 10/31/06 | Interest: 8 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 36.08 |
| | | | Interest posting at 1.4500% | |
| 11/30/06 | Interest: 9 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 33.87 |
| | | | Interest posting at 1.4500% | |
| 12/29/06 | Interest: 10 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 32.78 |
| | | | Interest posting at 1.4500% | |

*Printed: 04/23/07 05:39 PM*                                                                    Page: 2

# RECEIPTS AND DISBURSEMENTS
## By Ledger Category

**Case:**         **SPELLERBERG, JEFFERY KENT (LA05-48190)**

**Trustee:**    **HOWARD M. EHRENBERG  (003850)**

**Submitted: 04/23/07**

**Period:**      **Through 04/23/07**

| | | | | |
|---|---|---|---|---:|
| 01/31/07 | Interest: 11 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 36.35 |
| | | | Interest posting at  1.3600% | |
| 02/28/07 | Interest: 12 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 29.62 |
| | | | Interest posting at  1.3600% | |
| 03/30/07 | Interest: 15 | 312026714265 | JPMORGAN CHASE BANK, N.A. | 31.00 |
| | | | Interest posting at  1.3600% | |
| | | | | 359.80 |

|  | |
|---|---:|
| **Total for 1000** | **28,608.35** |

| | |
|---|---:|
| **Total Receipts:** | **28,608.35** |


# Disbursements

---

## 2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES

---

**2300-000  Bond Payments**

| | | | | |
|---|---|---|---|---:|
| 07/06/06 | Check: 101 | 312026714266 | INTERNATIONAL SURETIES, LTD. | 8.99 |
| | | | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF | |
| | | | 07/06/2006 FOR CASE #LA05-48190 | |
| 08/15/06 | Check: 102 | 312026714266 | INTERNATIONAL SURETIES, LTD. | 0.72 |
| | | | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF | |
| | | | 07/11/2006 FOR CASE #LA05-48190, B#016030866 | |
| 01/25/07 | Check: 103 | 312026714266 | INTERNATIONAL SURETIES, LTD. | 54.35 |
| | | | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF | |
| | | | 01/25/2007 FOR CASE #LA05-48190, Bond #016030866 | |
| | | | | 64.06 |

**2810-000  Income Taxes - Internal Revenue Service (post-petition)**

| | | | | |
|---|---|---|---|---:|
| 02/23/07 | Check: 104 | 312026714266 | INTERNAL REVENUE SERVICE | 548.00 |
| | | | FEIN: 13-7506394 FORM 1041 2006-GO 00-01 | |

**2820-000  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)**

| | | | | |
|---|---|---|---|---:|
| 02/23/07 | Check: 105 | 312026714266 | FRANCHISE TAX BOARD | 221.00 |
| | | | FEIN: 13-7506394 FORM 541 2006-GO 00-01 | |

**2990-000  Other Chapter 7 Administrative Expenses**

| | | | | |
|---|---|---|---|---:|
| 05/31/06 | Disb. Adj.: 13 | 312026714265 | CHASE | 5.56 |
| | | | FEDERAL WITHHOLDING DEBIT | |
| 07/03/06 | Dep. Adj.: 14 | 312026714265 | CHASE | -5.56 |
| | | | FEDERAL WITHHOLDING ADJUSTMENT-CREDIT | |
| | | | | 0.00 |

| | |
|---|---:|
| **Total for 2000** | **833.06** |

# RECEIPTS AND DISBURSEMENTS
## By Ledger Category

**Case:**      **SPELLERBERG, JEFFERY KENT (LA05-48190)**

**Trustee:**    **HOWARD M. EHRENBERG  (003850)**

**Submitted: 04/23/07**

**Period:**     **Through 04/23/07**

| Total Disbursements: | 833.06 |
|---|---|

EXHIBIT "D"

1

## TRUSTEE'S STATEMENT OF ACTIVITIES

2

| Date | Description of Activity |
|------|------------------------|
| 10/14/05 | Voluntary petition |
| 12/22/05 | 341(a) meeting |
| 01/25/06 | Meeting concluded |
| 03/16/06 | A/R payment |
| 04/05/06 | Notification of asset case |
| 10/18/06 | Review claims |
| 10/23/06 | Application to employ accountant |
| 03/09/07 | Notice to professionals and request for court costs |
| 04/23/07 | Tax clearance received |

EXHIBIT "E"

# Central District Of California
# Claims Register

## 2:05-bk-48190-ER Jeffery Kent Spellerberg

| | |
|---|---|
| **Judge:** Ernest M. Robles | **Chapter:** 7 |
| **Office:** Los Angeles | **Last Date to file claims:** 07/06/2006 |
| **Trustee:** Howard M Ehrenberg | **Last Date to file (Govt):** |

| Creditor:<br>DEPARTMENT OF THE TREASURY-IRS<br>INTERNAL REVENUE SERVICE<br>300 N. LOS ANGELES ST. RM 4062<br>STOP 5022<br>LOS ANGELES, CA 90012 | Claim No: 1<br>*Filed:* 04/13/2006<br>*Entered:* 04/19/2006<br>*Amended By Claim No:* 1 | Status:<br>*Filed by:* CR<br>*Entered by:* Goins, Terry<br>*Modified:* |
|---|---|---|

Unsecured claimed:   $26.78
Priority   claimed: $108.23
**Total**   **claimed: $135.01**

History:
- 1-1   04/13/2006 Claim #1 filed by DEPARTMENT OF THE TREASURY-IRS , total amount claimed: $145.65 (Goins, Terry)
- 1-2   07/11/2006 Amended Claim #1 filed by DEPARTMENT OF THE TREASURY-IRS , total amount claimed: $135.01 (Goins, Terry)

Description:

Remarks:

| Creditor:<br>NORDSTROM FSB<br>PO BOX 6566<br>ENGLEWOOD, CO 80155 | Claim No: 2<br>*Filed:* 04/13/2006<br>*Entered:* 04/19/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* Goins, Terry<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1282.44
**Total**   **claimed: $1282.44**

History:
- 2-1   04/13/2006 Claim #2 filed by NORDSTROM FSB , total amount claimed: $1282.44 (Goins, Terry)

Description:

Remarks:

| Creditor:<br>WELLS FARGO BANK NA<br>RECOVERY DEPARTMENT<br>PO BOX 9210<br>DES MOINES, IA 50306 | Claim No: 3<br>*Filed:* 04/19/2006<br>*Entered:* 04/21/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* Goins, Terry<br>*Modified:* |
|---|---|---|

Unsecured claimed: $4130.65
**Total**   **claimed: $4130.65**

History:
- 3-1   04/19/2006 Claim #3 filed by WELLS FARGO BANK NA , total amount claimed: $4130.65 (Goins, Terry)

Description:

Remarks:

| Creditor:<br>MBNA America Delaware N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim No: 4<br>Filed:    04/25/2006<br>Entered: 04/25/2006 | Status:<br>Filed by: CR<br>Entered by: Lee 1, Thomas<br>Modified: |
|---|---|---|

Unsecured claimed: $10008.55

**Total    claimed: $10008.55**

History:

   4-1     04/25/2006 Claim #4 filed by MBNA America Delaware N A , total amount claimed: $10008.55 (Lee 1, Thomas)

Description:

Remarks:

| Creditor:<br>American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim No: 5<br>Filed:    04/25/2006<br>Entered: 04/25/2006 | Status:<br>Filed by: CR<br>Entered by: Lee 1, Thomas<br>Modified: |
|---|---|---|

Unsecured claimed: $1844.71

**Total    claimed: $1844.71**

History:

   5-1     04/25/2006 Claim #5 filed by American Express Travel Related Svcs Co , total amount claimed: $1844.71 (Lee 1, Thomas)

Description:

Remarks:

| Creditor:<br>Wells Fargo Bank, N.A.<br>Wells Fargo Servicing Center<br>Personal Credit Mngt Payment Processing<br>POB 94423 MAC #Q2132-013<br>Albuquerque, NM 87199-9833 | Claim No: 6<br>Filed:    04/24/2006<br>Entered: 05/03/2006 | Status:<br>Filed by: CR<br>Entered by: Kinsley, Terri<br>Modified: |
|---|---|---|

Unsecured claimed: $11690.44

**Total    claimed: $11690.44**

History:

   6-1     04/24/2006 Claim #6 filed by Wells Fargo Bank, N.A. , total amount claimed: $11690.44 (Kinsley, Terri)

Description:

Remarks:

| Creditor:<br>MARTINDALE-HUBBELL | Claim No: 7<br>Filed:    05/12/2006 | Status:<br>Filed by: CR |
|---|---|---|

| 121 CHANLON RD<br>NEW PROVIDENCE, NJ 07974 | *Entered:* 05/16/2006 | *Entered by:* Garcia, Rolando<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1244.28
**Total**       claimed: **$1244.28**

*History:*
7-1    05/12/2006 Claim #7 filed by MARTINDALE-HUBBELL , total amount claimed: $1244.28 (Garcia, Rolando)

Description:

Remarks:

| *Creditor:*<br>MBNA America Bank, N.A.<br>Mailstop DE5-014-02-03<br>POB 15168<br>Wilmington, DE 19850 | **Claim No: 8**<br>*Filed:*    07/03/2006<br>*Entered:* 07/11/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Goins, Terry<br>*Modified:* |
|---|---|---|

Unknown claimed: $8771.62
**Total**       claimed: **$8771.62**

*History:*
● 8-1    07/03/2006 Claim #8 filed by MBNA America Bank, N.A. , total amount claimed: $8771.62 (Goins, Terry)

Description:

Remarks:

## Claims Register Summary

**Case Name:** Jeffery Kent Spellerberg
**Case Number:** 2:05-bk-48190-ER
**Chapter:** 7
**Date Filed:** 10/14/2005
**Total Number Of Claims: 8**

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $30227.85 | |
| **Secured** | | |
| **Priority** | $108.23 | |
| **Unknown** | $8771.62 | |
| **Administrative** | | |
| **Total** | **$39107.70** | **$0.00** |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 04/23/2007 17:37:21 |

| **PACER** | sk0433 | **Client** | 8107 |
|---|---|---|---|

EXHIBIT "F"

## TRUSTEE'S REPORT OF PROPOSED DISTRIBUTION

### CLASS OF CREDITOR BEING PAID:

_____ CHAPTER 7 ADMINISTRATIVE CLAIMS;
_____ CHAPTER 11 ADMINISTRATIVE CLAIMS;
__X__ PRIORITY CLAIMS 507(a)(8);
_____ GENERAL UNSECURED CLAIMS;
_____ OTHER:_____

### PERCENTAGE OF DIVIDEND PAID ON CLAIMS IN THE ABOVE-DESIGNATED CLASS: 100.00000%

| CLAIM NO. | NAME OF EACH CLAIMANT | AMOUNT OF ALLOWED CLAIM | PROPOSED DISTRIBUTION AMOUNT |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 108.23 | 108.23 |
| | | | |
| | **TOTALS** | **$108.23** | **$108.23** |

Printed: 04/23/07 05:52 PM

# Proposed Claims Distribution Register

Page: 1

## Case: LA05-48190  SPELLERBERG, JEFFERY KENT

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| **Priority Claims:** | | | | | | | | |
| 1 | 04/13/06 | 570 | INTERNAL REVENUE SERVICE<br>300 N. LOS ANGELES STREET, STOP 5022<br>LOS ANGELES, CA 90012<br><5800-00  Claims of Governmental Units> | 108.23 | 108.23 | 0.00 | 108.23 | 108.23 |
| | | | **Priority 570:    100% Paid** | | | | | |

## TRUSTEE'S REPORT OF PROPOSED DISTRIBUTION

### CLASS OF CREDITOR BEING PAID:

_____ CHAPTER 7 ADMINISTRATIVE CLAIMS;
_____ CHAPTER 11 ADMINISTRATIVE CLAIMS;
_____ PRIORITY CLAIMS;
___X___ GENERAL UNSECURED TIMELY CLAIMS;
_____ OTHER:_____

### PERCENTAGE OF DIVIDEND PAID ON CLAIMS
### IN THE ABOVE-DESIGNATED CLASS: 54.33053%

| CLAIM NO. | NAME OF EACH CLAIMANT | AMOUNT OF ALLOWED CLAIM | PROPOSED DISTRIBUTION AMOUNT |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 26.78 | 14.55 |
| 2 | NORDSTROM FSB | 1,282.44 | 696.76 |
| 3 | WELLS FARGO BANK NA | 4,130.65 | 2,244.20 |
| 4 | MBNA America Delaware N A | 10,008.55 | 5,437.70 |
| 5 | American Express Travel Related Svcs Co | 1,844.71 | 1,002.24 |
| 6 | Wells Fargo Bank, N.A. | 11,690.44 | 6,351.48 |
| 7 | MARTINDALE-HUBBELL | 1,244.28 | 676.02 |
| 8 | MBNA America Bank, N.A. | 8,771.62 | 4,765.67 |
| | | | |
| | TOTALS | $38,999.47 | $21,188.62 |

Printed: 04/23/07 05:52 PM                  **Proposed Claims Distribution Register**                  Page: 1

### Case: LA05-48190  SPELLERBERG, JEFFERY KENT

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/13/06 | 610 | INTERNAL REVENUE SERVICE<br>300 N. LOS ANGELES STREET, STOP 5022<br>LOS ANGELES, CA 90012<br><7100-00  General Unsecured § 726(a)(2)> | 26.78 | 26.78 | 0.00 | 26.78 | 14.55 |
| 2 | 04/13/06 | 610 | NORDSTROM FSB<br>PO BOX 6566<br>ENGLEWOOD, CO 80155<br><7100-00  General Unsecured § 726(a)(2)> | 1,282.44 | 1,282.44 | 0.00 | 1,282.44 | 696.76 |
| 3 | 04/19/06 | 610 | WELLS FARGO BANK NA<br>RECOVERY DEPARTMENT<br>PO BOX 9210<br>DES MOINES, IA 50306<br><7100-00  General Unsecured § 726(a)(2)> | 4,130.65 | 4,130.65 | 0.00 | 4,130.65 | 2,244.20 |
| 4 | 04/25/06 | 610 | MBNA America Delaware N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 10,008.55 | 10,008.55 | 0.00 | 10,008.55 | 5,437.70 |
| 5 | 04/25/06 | 610 | American Express Travel Related Svcs<br>Co<br>Inc Corp Card c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 1,844.71 | 1,844.71 | 0.00 | 1,844.71 | 1,002.24 |
| 6 | 04/24/06 | 610 | Wells Fargo Bank, N.A.<br>Wells Fargo Servicing Center Personal Cr<br>POB 94423 MAC #Q2132-013<br>Albuquerque, NM 87199-9833<br><7100-00  General Unsecured § 726(a)(2)> | 11,690.44 | 11,690.44 | 0.00 | 11,690.44 | 6,351.48 |
| 7 | 05/12/06 | 610 | MARTINDALE-HUBBELL<br>121 CHANLON RD<br>NEW PROVIDENCE, NJ 07974<br><7100-00  General Unsecured § 726(a)(2)> | 1,244.28 | 1,244.28 | 0.00 | 1,244.28 | 676.02 |
| 8 | 07/03/06 | 610 | MBNA America Bank, N.A.<br>Mailstop DE5-014-02-03<br>POB 15168<br>Wilmington, DE 19850<br><7100-00  General Unsecured § 726(a)(2)> | 8,771.62 | 8,771.62 | 0.00 | 8,771.62 | 4,765.67 |
| | | | **Total for Priority 610:  54.33053% Paid** | **$38,999.47** | **$38,999.47** | **$0.00** | **$38,999.47** | **$21,188.62** |
| | | | **Total for Unsecured Claims:** | **$38,999.47** | **$38,999.47** | **$0.00** | **$38,999.47** | **$21,188.62** |

EXHIBIT "G"

```
HOWARD M. EHRENBERG, TRUSTEE FOR      CLIENT NUMBER : 93050001
FOR JEFFREY KENT SPELLERBERG              DATE  : 04/23/07
                                      INVOICE NUMBER: ******
```

```
        RE:  JEFFERY KENT SPELLERBERG
             FILE NUMBER: 93050001
             -----------------------------------
             HME   -   HOWARD M. EHRENBERG
```

| DATE | DESCRIPTION OF SERVICES RENDERED THROUGH 04/22/07: | HOURS | FEES |
|------|------|------|------|
| 02/28/06 | REVIEW SCHEDULES RE ACCOUNT RECEIVABLE<br>HME | .20 | 87.00 |
| 02/28/06 | TELEPHONE CONFERENCE WITH DEBTOR RE CONTACT<br>INFORMATION FOR KLINKENBERG<br>HME | .10 | 43.50 |
| 02/28/06 | DRAFT RECEIVABLE DEMAND LETTER TO KLINENBERG<br>HME | .20 | 87.00 |
| 03/08/06 | REVIEW LETTER FROM ANGSTROM LIGHTING RE INITIAL<br>OFFER TO TRY TO PAY OFF DEBT OVER TIME<br>HME | .20 | 87.00 |
| 03/16/06 | REVIEW LETTER FROM ANGSTROM LIGHTING RE<br>ANALYSIS OF RECEIVABLE AND PROCESS FIRST<br>PARTIAL PAYMENT OF $7,000<br>HME | .20 | 87.00 |
| 03/16/06 | LETTER TO DEBTOR RE ANALYSIS OF ANGSTROM<br>RECEIVABLE<br>HME | .20 | 87.00 |
| 03/21/06 | PREPARE AND SIGN NOTICE OF INTENT TO ABANDON<br>THREE CARS<br>HME | .30 | 130.50 |
| 03/21/06 | REVIEW AND SIGN REQUEST FOR TAX ID NUMBER<br>HME | .10 | 43.50 |

```
SPELLERBERG, JEFFERY KENT - EHRENBERG          04/23/07          PAGE   2
FILE NUMBER: 93050001
INVOICE NO.: ******

03/21/06 PREPARE, SERVE AND FILE INTENTION TO ABANDON      .50     75.00
         LP

04/04/06 REVIEW AND SIGN NOTICE OF ASSET CASE              .10     43.50
         HME

04/04/06 NOTIFICATION OF ASSET CASE                        .20     30.00
         LP

04/14/06 REVIEW IRS PROOF OF CLAIM                         .10     43.50
         HME

04/14/06 REVIEW AND INITIAL BANK STATEMENT FOR MARCH,      .10     43.50
         2006
         HME

06/11/06 REVIEW FILE AND DRAFT MEMO FOR ANNUAL REPORT      .20     87.00
         HME

06/26/06 REVIEW AND SIGN JOINDER TO OPPOSITION TO MOTION   .10     43.50
         TO DISMISS CASE
         HME

07/24/06 ANALYZE CREDITOR'S 1997 STATE COURT COMPLAINT     .30    118.50
         RE FRAUDULENT CONVEYANCE OF DEBTOR'S RESIDENCE
         HNM

09/06/06 FILL OUT FORM FOR IRS RE CASE STATUS              .10     43.50
         HME

09/27/06 REVIEW AND INITIAL AUGUST BANK STATEMENT          .10     43.50
         HME

10/18/06 REVIEW AND INITIAL SEPTEMBER BANK STATEMENT       .10     43.50
         HME

10/18/06 REVIEW CLAIMS; CALL TO IRS                        .50     75.00
         LP

10/18/06 TELEPHONE CALL WITH DEBTOR                        .10     15.00
         LP
```

```
SPELLERBERG, JEFFERY KENT - EHRENBERG          04/23/07          PAGE   3
FILE NUMBER: 93050001
INVOICE NO.: ******

10/18/06 SEND INFO TO PROPOSED ACCOUNTANT                   .10    15.00
         LP

10/23/06 REVIEW AND SIGN APPLICATION TO EMPLOY             .30   130.50
         ACCOUNTANT
         HME

12/01/06 REVIEW AND INITIAL OCTOBER BANK STATEMENT         .10    43.50
         HME

12/13/06 REQUEST STATUS FROM ACCOUNTANTS                   .10    15.00
         LP

12/29/06 REVIEW AND INITIAL NOVEMBER BANK STATEMENTS       .10    43.50
         HME

01/12/07 REVIEW AND INITIAL DECEMBER BANK STATEMENTS       .10    43.50
         HME

02/23/07 REVIEW AND INITIAL JANUARY BANK STATEMENT         .10    43.50
         HME

02/23/07 REVIEW AND SIGN FEDERAL AND STATE TAX RETURNS     .30   130.50
         AND PROMPT AUDIT LETTERS
         HME

03/08/07 NOTICE TO PROFESSIONALS AND REQUEST FOR COURT     .30    45.00
         COSTS
         LP

03/09/07 REVIEW AND SIGN NOTICE TO PROFESSIONALS AND       .20    87.00
         REQUEST FOR COURT COSTS
         HME

03/16/07 REVIEW AND INITIAL FEBRUARY BANK STATEMENT        .10    43.50
         HME

03/21/07 REVIEW TAX CLEARANCE LETTER FROM FTB              .10    43.50
         HME
```

SPELLERBERG, JEFFERY KENT - EHRENBERG          04/23/07          PAGE   4
FILE NUMBER: 93050001
INVOICE NO.: ******

03/30/07 REVIEW ACCOUNTANTS FINAL FEE APPLICATION AND        .30    130.50
         SIGN DECLARATION OF APPROVAL
             HME

04/18/07 REVIEW AND INITIAL BANK STATEMENTS FOR MARCH        .10     43.50
             HME

              FEES FOR SERVICES RENDERED:                         2,215.50


                                                              - - - - - - - - - - - - - - - -

              TOTAL INVOICE AMOUNT:                               2,215.50
              =====================                          =================

                        TIME AND FEE SUMMARY
                        - - - - - - - - - - - - - - - - - - - -
                              HOURS           RATE              FEES
HOWARD M. EHRENBERG           4.20 hours at $ 435.00 =          1827.00
HOWARD MADRIS                 0.30 hours at $ 395.00 =           118.50
LUPE PEREZ                    1.80 hours at $ 150.00 =           270.00


                        FEDERAL TAX I.D. #95-2585799

EXHIBIT "H"

```
HOWARD M. EHRENBERG, TRUSTEE FOR        CLIENT NUMBER : 93050001
FOR JEFFREY KENT SPELLERBERG                      DATE  : 04/23/07
                                        INVOICE NUMBER: ******


    RE:  JEFFERY KENT SPELLERBERG
         FILE NUMBER: 93050001
         -----------------------------------
         HME    -   HOWARD M. EHRENBERG
-------------------------------------------


REIMBURSABLE DISBURSEMENTS THROUGH: 04/22/07
--------------------------------------------

REPRODUCTION COSTS @ $.20/PAGE                   33.60
                                                 ----------------

         TOTAL REIMBURSABLE DISBURSEMENTS:        33.60
                                                 ----------------

         TOTAL INVOICE AMOUNT:                    33.60
         =====================                   ================
```

FEDERAL TAX I.D. #95-2585799

EXHIBIT "I"

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224



**SMALL BUSINESS/SELF-EMPLOYED\ DIVISION**
**DIVISION**

| | | |
|---|---|---|
| Bankruptcy Estate of Jeffery Kent Spellerberg | Person to Contact: | Denise Siman |
| c/o Edward M. Ehrenberg, Trustee | | Badge No. 95-02337 |
| 333 South Hope Street, 35th Floor | Telephone Number: | (213) 576-3951 |
| Los Angeles, California 90071 | Refer Reply to: | PSP:CP:Mail Stop 4060 |
| | Date | April 19, 2007 |
| | Form Number: | 1041 |
| | Tax Period(s): | February 28, 2007 |
| | EIN: | 13-7506394 |
| | Case No. | LA 05-48190 ER |

Dear Sir or Madam,

On February 5, 2007, you requested a prompt determination of tax liability under
Bankruptcy Code Section 505(b) for the period(s) indicated above. We are pleased to
inform you that the return(s) identified above have been accepted as filed. If you have any
questions, please contact the person whose name and number appear above.

Sincerely yours,

Denise Siman
Priority Program Coordinator

MENCHACA & COMPANY LLP
835 Wilshire Boulevard, Suite 300
Los Angeles, California 90017
Telephone:  (213) 683-3317
Facsimile:  (213) 683-1883

Accountant for Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re                                    )
                                         )
                                         )
**SPELLERBERG, JEFFERY K.**              )    Case No. LA 05-48190-ER
                                         )
                                         )    Chapter 7
                                         )
        Debtor.                          )    **DECLARATION    OF    JOHN    J.**
                                         )    **MENCHACA    OF    MENCHACA    &**
                                         )    **COMPANY LLP  FOR  ALLOWANCE**
                                         )    **OF       COMPENSATION       AND**
                                         )    **REIMBURSEMENT OF EXPENSES AS**
                                         )    **ACCOUNTANT FOR THE CHAPTER 7**
                                         )    **TRUSTEE**
                                         )
                                         )    Date:    TO BE SET
                                         )    Time:
                                         )    Place:
                                         )
                                         )
                                         )
                                         )
                                         )

I, John J. Menchaca, declare as follows:

        1.      I am the managing partner of MENCHACA & COMPANY LLP (hereinafter referred to as "Applicant" or "MCO").  The Applicant was appointed as Accountant in the above-captioned case on or about November 16, 2006.

MENCHACA & COMPANY LLP
Chapter 7 Trustee
835 Wilshire Blvd
Suite 300
Los Angeles, CA 90017

2.      On April 4, 2007, the Chapter 7 Trustee filed a declaration in support of Applicant's "Final Application by Menchaca & Company for Order Approving Payment of Fees and Expenses" (the "Fee Application") (see Exhibit A).

3.      The Office of the United States Trustee ("OUST") has since contacted MCO and has requested that the Applicant's fees be reduced to provide greater distribution to the bankruptcy estate's creditors.

4.      The Applicant agreed to reduce its fees by $350.

5.      Therefore, MENCHACA AND COMPANY LLP's allowed fees and expenses in the Fee Application will total $2,484.00, composed of expenses in the total amount of $299.00 and fees in the total amount of $2,185.00.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this declaration was executed on June 25, 2007, at Los Angeles, California.

John J. Menchaca
Accountant for Chapter 7 Trustee
Howard M. Ehrenberg

MENCHACA & COMPANY LLP
Chapter 7 Trustee
800 Wilshire Blvd.
Suite 700
Los Angeles, CA 90017

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 835 Wilshire Boulevard, Suite 300, Los Angeles, California 90017.

    On June _____, 2007, I served the foregoing document described **as DECLARATION OF JOHN J. MENCHACA OF MENCHACA & COMPANY LLP  FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**(See attached Service List)**

__X__  **BY MAIL**

    _____ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    __X__ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with first class postage fully prepaid at Los Angeles, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June _____, 2007, at Los Angeles, California.

Angie Garcia

MENCHACA & COMPANY LLP
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

3

Service List
**Spellerberg, Jeffery K.**
Case No. LA 05-48190 ER

**Office of the United States Trustee**
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Debtor**
**Jeffery Kent Spellerberg**
11620 Wilshire Blvd Ste 400
Los Angeles, CA 90025

**Chapter 7 Trustee**
**Howard M Ehrenberg**
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

MENCHACA & COMPANY LLP
Chapter 7 Trustee
800 Wilshire Blvd
Suite 500
Los Angeles, CA 90017

4

## COMMENTS OF THE UNITED STATES TRUSTEE

The United States Trustee has reviewed the Final Report and Account of the Trustee which is supported by the attached Declaration of Thomas Logan, Bankruptcy Analyst, and has determined the following with respect to said Report and Account:

1. **The Report and Account comports with the procedures for processing Reports and Accounts promulgated by the United States Bankruptcy Count for the Central District of California and the Office of the United States Trustee for the Central District of California.**

2. **The statutory fees requested are acceptable pursuant to 11 U.S.C. Section 326 or complies with the awards made by the court; and**

3. **The expenses requested have been reviewed and verification of calculations were performed where necessary.**

For each and all of the above reasons, the United States Trustee takes the following position with regard to the Report and Account:

( )    The U.S. Trustee takes no position.

(X)    The U.S. Trustee has no objection.

( )    The U.S. Trustee objects and requests a hearing.

( )    An objection is raised as set forth below.

Dated: June 22 , 2007

THE UNITED STATES TRUSTEE

BY: _____
PATRICIA BEARY
TRIAL ATTORNEY

Case Name:  Jeffery Spellerberg
Case Number: LA 05-48190 ER

Type of Document: **TRUSTEE'S FINAL REPORT; APPLICATION FOR TRUSTEE FEES AND EXPENSES; REPORT OF PROPOSED DISTRIBUTION**

## DECLARATION OF THOMAS LOGAN

I, Thomas Logan, hereby declare as follows:

I am employed as a Bankruptcy Analyst in the Office of the United States Trustee("UST") for the Central District of California with the responsibility of reviewing and monitoring the administration of Chapter 7 cases.  I am the Bankruptcy Analyst assigned to **In re Jeffery Spellerberg LA 05-48190 ER.** I have personal Knowledge of the facts set forth herein, and if called upon to do so, I could and would competently so testify.

A review of the pleading referred to below consisted of the following:

a. **Verification that it is in compliance with the procedures for processing Final Reports and Accounts promulgated by the United States Bankruptcy Court and the UST.**

b. **Determination that the statutory fees requested are either pursuant to 11 U.S.C. Section 326 or that they comply with the award(s) made by the Court; and**

c. **Review of the requested expenses and verification of expense calculations where necessary.**

d. **Other:**

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct  and to the best of my knowledge and belief each and every fact stated above is accurate, if called as a witness, I could and would competently testify thereto.    Executed at Los Angeles, California on May 25, 2007.

THE UNITED STATES TRUSTEE

By: _____
    Thomas Logan
    Bankruptcy Analyst

Case Name:  Jeffery Spellerberg

Case Number: LA 05-48190 ER

Title of document reviewed:    FINAL REPORT AND ACCOUNT OF TRUSTEE; REPORT OF PROPOSED DISTRIBUTION