HOWARD M. EHRENBERG, TRUSTEE
333 SOUTH HOPE STREET, #3500
LOS ANGELES, CA 90071
(213) 626-2311


FILED
DEC 2 0 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In re:

SPELLERBERG, JEFFERY KENT

Debtor(s).

Case No. 2:05-bk-48190 ER
Chapter 7

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND HAS A ZERO BALANCE DISTRIBUTION REPORT FOR CLOSED ASSET CASE-FORM 4, AND APPLICATION FOR DISCHARGE**

The undersigned trustee does hereby make and file this Final Account and states as follows:

1. This estate has been fully administered.

2. All funds have been disbursed consistent with the proposed distribution submitted with the Trustee's Final Report (as summarized in **Form 4**, the Distribution Report for Closed Asset Cases, attached as **Exhibit A**).[1]

3. All checks have been negotiated, any unclaimed funds and dividends under $5.00 have been paid into the registry of the Court, and no funds or assets of the estate remain.

---

[1] Since the submission of the Trustee's Final Report, $176.30 of interest has been earned by the estate prior to funds being disbursed. These additional funds have resulted in an increased distribution to creditors and the Trustee per Court approval.

4. Attached as **Exhibit B** is **Form 2**, Cash Receipts and Disbursements Record, which reflects all transactions from the date of the Trustee's Final Report, and also shows a zero balance.

WHEREFORE, pursuant to 11 U.S.C. §350 and FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee from any further duties. I, the Trustee in Bankruptcy of the above named Debtor(s), declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 11/19/07

HOWARD M. EHRENBERG, TRUSTEE

**EXHIBIT "A"**

**PART A**      **FORM 4 - Distribution Report for Closed Asset Cases**

Case No. : 2:05-BK-48190 ER      Date Submitted: 11/16/07
Case Name : SPELLERBERG, JEFFERY KENT      Trustee Name : HOWARD M. EHRENBERG, TRUSTEE
Date Filed/Converted to Ch. 7 : 10/14/05

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $28,784.65 | 100.00% |
| Less: Funds Paid to Debtor: |  |  |
|   Exemptions | 0.00 | 0.00% |
|   Excess Funds | 0.00 | 0.00% |
|   Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$28,784.65** | **100.00%** |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: |  |  |  |
| Trustee Fees | $3,610.84 | $3,610.84 | 12.54% |
| Trustee Expenses | 33.60 | 33.60 | 0.12% |
| Legal Fees & Expenses: |  |  |  |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: |  |  |  |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 2,185.00 | 2,185.00 | 7.59% |
|   Other Firm's Accounting Expenses | 299.00 | 299.00 | 1.04% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 64.06 | 64.06 | 0.22% |
| Income Tax - Internal Revenue Service | 548.00 | 548.00 | 1.90% |
| Other State or Local Income or Business Taxes | 221.00 | 221.00 | 0.77% |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
| Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $6,961.50 | $6,961.50 | 24.18% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2) (From attached Part B)** | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 108.23 | 108.23 | 0.38% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $108.23 | $108.23 | 0.38% |
| **GENERAL UNSECURED CLAIMS** | $38,999.47 | $21,714.92 | 75.44% |
| **TOTAL DISBURSEMENTS** | **$46,069.20** | **$28,784.65** | **100.00%** |

**PART B**                     **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.** : 2:05-BK-48190 ER                    **Date Submitted:** 11/16/07
**Case Name** : SPELLERBERG, JEFFERY KENT          **Trustee Name** : HOWARD M. EHRENBERG, TRUSTEE
**Date Filed/Converted to Ch. 7** : 10/14/05

|  | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | **$0.00** | **$0.00** | **0.00%** |

**EXHIBIT "B"**

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 2:05-BK-48190 ER | Trustee: | HOWARD M. EHRENBERG, TRUSTEE (003850) |
| --- | --- | --- | --- |
| Case Name: | SPELLERBERG, JEFFERY KENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****42-65 - Money Market Account |
| Taxpayer ID #: | 13-75063394 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period: | 04/26/07 - 11/16/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 32.07 | | 27,798.08 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 32.10 | | 27,830.18 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 30.07 | | 27,860.25 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 33.21 | | 27,893.46 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 32.21 | | 27,925.67 |
| 09/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 16.64 | | 27,942.31 |
| 09/17/07 | | To Account #*******4266 | TRANSFER FUNDS | 9999-000 | | 27,942.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 28,774.65 | 28,774.65 | $0.00 |
| | | | Less: Bank Transfers | | 28,238.55 | 28,774.65 | |
| | | | Subtotal | | 536.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $536.10 | $0.00 | |

{} Asset reference(s)

Printed: 11/16/2007 11:42 AM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 2:05-BK-48190 ER | Trustee: | HOWARD M. EHRENBERG, TRUSTEE (003850) |
| --- | --- | --- | --- |
| Case Name: | SPELLERBERG, JEFFERY KENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****42-66 - Checking Account |
| Taxpayer ID #: | 13-7506394 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period: | 04/26/07 - 11/16/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/17/07 | | From Account #********4265 | TRANSFER FUNDS | 9999-000 | 27,942.31 | | 27,951.59 |
| 09/17/07 | 106 | MENCHACA & COMPANY LLP | EOD 9/14/07 FINAL ORDER | | | 2,484.00 | 25,467.59 |
| | | MENCHACA & COMPANY LLP | | 3410-000 | 2,185.00 | | 25,467.59 |
| | | MENCHACA & COMPANY LLP | | 3420-000 | 299.00 | | 25,467.59 |
| 09/17/07 | 107 | HOWARD M. EHRENBERG, TRUSTEE | EOD 9/14/07 FINAL ORDER | | | 3,644.44 | 21,823.15 |
| | | HOWARD M. EHRENBERG, TRUSTEE | | 2100-000 | | 3,610.84 | 21,823.15 |
| | | HOWARD M. EHRENBERG, TRUSTEE | | 2200-000 | | 33.60 | 21,823.15 |
| 09/17/07 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $108.23; Claim# 1; Filed: $108.23 | 5800-000 | | 108.23 | 21,714.92 |
| 09/17/07 | 109 | INTERNAL REVENUE SERVICE | Dividend paid 55.68% on $26.78; Claim# 1; Filed: $26.78 | 7100-000 | | 14.91 | 21,700.01 |
| 09/17/07 | 110 | NORDSTROM FSB | Dividend paid 55.68% on $1,282.44; Claim# 2; Filed: $1,282.44; Reference: 1302 | 7100-000 | | 714.06 | 20,985.95 |
| 09/17/07 | 111 | WELLS FARGO BANK NA | Dividend paid 55.68% on $4,130.65; Claim# 3; Filed: $4,130.65; Reference: 1055 | 7100-000 | | 2,299.95 | 18,686.00 |
| 09/17/07 | 112 | MBNA America Delaware N A | Dividend paid 55.68% on $10,008.55; Claim# 4; Filed: $10,008.55; Reference: 3298 | 7100-000 | | 5,572.76 | 13,113.24 |
| 09/17/07 | 113 | American Express Travel Related Svcs Co | Dividend paid 55.68% on $1,844.71; Claim# 5; Filed: $1,844.71; Reference: 5005 | 7100-000 | | 1,027.14 | 12,086.10 |
| 09/17/07 | 114 | Wells Fargo Bank, N.A. | Dividend paid 55.68% on $11,690.44; Claim# 6; Filed: $11,690.44; Reference: 7792 | 7100-000 | | 6,509.24 | 5,576.86 |
| 09/17/07 | 115 | MARTINDALE-HUBBELL | Dividend paid 55.68% on $1,244.28; Claim# 7; Filed: $1,244.28; Reference: 9900 | 7100-000 | | 692.82 | 4,884.04 |
| | | | | Subtotals : | $27,942.31 | $23,067.55 | |

{} Asset reference(s)                                         Printed: 11/16/2007 11:42 AM    V.9.55

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 2:05-BK-48190 ER | Trustee: | HOWARD M. EHRENBERG, TRUSTEE (003850) |
|---|---|---|---|
| Case Name: | SPELLERBERG, JEFFERY KENT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****42-66 - Checking Account |
| Taxpayer ID #: | 13-7506394 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period: | 04/26/07 - 11/16/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/17/07 | 116 | MBNA America Bank, N.A. | Dividend paid 55.68% on $8,771.62; Claim# 8; Filed: $8,771.62; Reference: 0811 | 7100-000 | | 4,884.04 | 0.00 |
| | | | ACCOUNT TOTALS | | 57,023.20 | 57,023.20 | $0.00 |
| | | | Less: Bank Transfers | | 28,774.65 | 28,238.55 | |
| | | | Subtotal | | 28,248.55 | 28,784.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $28,248.55 | $28,784.65 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****42-65 | 536.10 | 0.00 | 0.00 |
| Checking # ***-*****42-66 | 28,248.55 | 28,784.65 | 0.00 |
| | $28,784.65 | $28,784.65 | $0.00 |

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 333 South Hope Street, Los Angeles, California 90071-1406.

On November 19, 2007, I served the document described as

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND HAS A ZERO BALANCE DISTRUBITON REPORT FOR CLOSED ASSET CASE-FORM 4, AND APPLICATION FOR DISCHARGE**

on counsel for the parties in this action, or on the parties *in propria persona*, addressed as stated on the attached service list:

[X]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY FEDERAL EXPRESS: I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at Los Angeles, California.

[ ]    BY EXPRESS MAIL: I am readily familiar with my employer's practice for the collection and processing of correspondence via Express Mail. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

EXECUTED on November 19, 2007 at Los Angeles, California.

_____
Lupe Perez

## SERVICE LIST

OFFICE OF THE US TRUSTEE
725 S. FIGUEROA STREET, SUITE 2600
LOS ANGELES, CA 90017

## DECLARATION OF MARTHA MEDINA

I, Martha Medina, hereby declare as follows:

I am employed as a Paralegal Specialist in the Office of the United States Trustee("UST") for the Central District of California with the responsibility of reviewing and monitoring the administration of Chapter 7 cases. I am the paralegal assigned to review the closing process in the case of: **In re JEFFREY KENT SPELLERBERG Case No. LA 05-48190ER**. I have personal Knowledge of the facts set forth herein, and if called upon to do so, I could and would competently so testify.

The United States Trustee has reviewed the Trustee's Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct: That to the best of my knowledge and belief each and every fact stated above is accurate, if called as a witness, I could and would competently testify thereto. Executed at Los Angeles, California on December 29, 2007.

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Martha Medina
Paralegal Specialist

Case Name: JEFFREY KENT SPELLERBERG
Case Number: LA 05-48190ER

Title of document reviewed: **TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND HAS A ZERO BALANCE, FORM 4 - DISTRIBUTION REPORT FOR CLOSED ASSET CASES, AND APPLICATION FOR DISCHARGE.**